# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: DEAREY, PAUL EDWARD                                        §   Case No. 09-38324
                                                                 §
                                                                 §
                                                                 §
Debtor(s)                                                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    Patti J. Sullivan, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $137,546.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $110,970.92 |
| Total Distribution to Claimants: $9,413.08 | Claims Discharged <br> Without Payment:  $221,308.74 |
| Total Expenses of Administration:  $1,912.24 | |

    3)  Total gross receipts of $    11,376.87    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $        51.55    (see **Exhibit 2**), yielded net receipts of $11,325.32
from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $55,122.32 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,912.24 | 1,912.24 | 1,912.24 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 229,750.82 | 230,146.82 | 230,146.82 | 9,413.08 |
| **TOTAL DISBURSEMENTS** | $284,873.14 | $232,059.06 | $232,059.06 | $11,325.32 |

4) This case was originally filed under Chapter 7 on November 25, 2009. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2011         By: /s/Patti J. Sullivan
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH ON HAND | 1129-000 | 20.00 |
| BANK ACCOUNTS | 1129-000 | 90.91 |
| HOUSEHOLD GOODS AND FURNISHINGS | 1129-000 | 50.00 |
| Accrued Wages | 1129-000 | 382.91 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 2,937.50 |
| BOATS, MOTORS & ACCESSORIES | 1129-000 | 125.00 |
| TAX REFUNDS | 1224-000 | 3,341.38 |
| TAX REFUNDS | 1224-000 | 1,494.15 |
| TAX REFUNDS | 1224-000 | 334.00 |
| TAX REFUNDS | 1224-000 | 1,800.00 |
| TAX REFUNDS | 1224-000 | 800.00 |
| Interest Income | 1270-000 | 1.02 |
| **TOTAL GROSS RECEIPTS** | | $11,376.87 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Paul Edward Dearey | non estate funds | 8500-002 | 51.55 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $51.55 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bremer Bank | 4110-000 | 55,122.32 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $55,122.32 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Patti J. Sullivan | 2100-000 | N/A | 1,882.53 | 1,882.53 | 1,882.53 |
| Patti J. Sullivan | 2200-000 | N/A | 29.71 | 29.71 | 29.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,912.24 | 1,912.24 | 1,912.24 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Plaza I, Inc. | 7100-000 | 229,175.82 | 230,146.82 | 230,146.82 | 9,413.08 |
| NOTFILED | Shoreview Family Physicians | 7100-000 | 575.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 229,750.82 | 230,146.82 | 230,146.82 | 9,413.08 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-38324 | Trustee: | (430100) | Patti J. Sullivan |
|---|---|---|---|---|
| Case Name: | DEAREY, PAUL EDWARD | Filed (f) or Converted (c): | 11/25/09 (f) | |
| | | §341(a) Meeting Date: | 12/28/09 | |
| Period Ending: 04/25/11 | | Claims Bar Date: | 04/19/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 REAL PROPERTY<br>   1/2 interest in homestead 3459 Vivian Lane, St. Paul, MN | 129,000.00 | 0.00 | DA | 0.00 | FA |
| 2 CASH ON HAND | 20.00 | 20.00 | | 20.00 | FA |
| 3 BANK ACCOUNTS<br>   Joint checking account at Wells Fargo ending in 9781 | 90.91 | 90.91 | | 90.91 | FA |
| 4 HOUSEHOLD GOODS AND FURNISHINGS | 1,350.00 | 0.00 | DA | 0.00 | FA |
| 5 HOUSEHOLD GOODS AND FURNISHINGS<br>   lawnmower & snowblower | 50.00 | 50.00 | | 50.00 | FA |
| 6 WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 JEWELRY<br>   wedding band exchanged at the time of marriage | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 Accrued Wages | 1,981.44 | 0.00 | | 382.91 | FA |
| 9 Monthly Social Security benefit | 2,146.00 | 0.00 | DA | 0.00 | FA |
| 10 AUTOMOBILES AND OTHER VEHICLES<br>   2002 Toyota Solara 50,000 miles | 4,700.00 | 0.00 | DA | 0.00 | FA |
| 11 AUTOMOBILES AND OTHER VEHICLES<br>   1/2 interest in 2003 Toyota Sienna, 58,000 miles | 2,937.50 | 2,937.50 | | 2,937.50 | FA |
| 12 BOATS, MOTORS & ACCESSORIES<br>   1/2 interest in 1983 Lund fishing boat and trailer, 15 h.p. | 125.00 | 125.00 | | 125.00 | FA |
| 13 TAX REFUNDS (u)<br>   2009 federal tax refund (90%). $3625 + 87.65 interest x .9 = $3341.38 | 3,341.38 | 3,341.38 | | 3,341.38 | FA |
| 14 TAX REFUNDS (u)<br>   2009 state tax refund (90%). $1640 x .9 = $1476 | 1,476.00 | 1,476.00 | | 1,494.15 | FA |
| 15 TAX REFUNDS (u)<br>   2009 property tax refund ($334 x 90%) | Unknown | 300.60 | | 334.00 | FA |
| 16 TAX REFUNDS (u)<br>   2008 federal refund applied to 2009 taxes | 1,800.00 | 1,800.00 | | 1,800.00 | FA |
| 17 TAX REFUNDS (u) | 800.00 | 800.00 | | 800.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-38324
**Case Name:** DEAREY, PAUL EDWARD

**Period Ending:** 04/25/11

**Trustee:** (430100) Patti J. Sullivan
**Filed (f) or Converted (c):** 11/25/09 (f)
**§341(a) Meeting Date:** 12/28/09
**Claims Bar Date:** 04/19/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 2008 state refund applied to 2009 taxes | | | | | |
| 18 | INTEREST (u) | Unknown | N/A | | 1.02 | FA |
| **18** | **Assets** **Totals** (Excluding unknown values) | **$150,168.23** | **$10,941.39** | | **$11,376.87** | **$0.00** |

**Major Activities Affecting Case Closing:**

Per Notice of Sale dated 1/28/10, trustee sold to debtor assets 2, 3, 5, 8, 11, 12, 16 & 17 for $6206.32. Debtor will make 12 monthly payments of 517.20 on 15th of each month. Order approving dated September 14, 2010.

SOFA at no. 18 references debtor has a limited partnership interest in buckeye Partners LP. Debtor tetified at the §341 meeting of creditors that his interest stopped in 2005.

**Initial Projected Date Of Final Report (TFR):** December 1, 2010     **Current Projected Date Of Final Report (TFR):** December 9, 2010 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-38324 |
| **Case Name:** | DEAREY, PAUL EDWARD |
| **Taxpayer ID #:** | **-***6735 |
| **Period Ending:** | 04/25/11 |

| | |
|---|---|
| **Trustee:** | Patti J. Sullivan (430100) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****29-65 - Money Market Account |
| **Blanket Bond:** | $14,015,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/26/10 | | Paul Dearey | purchase of non-exempt assets | | 517.20 | | 517.20 |
| | {2} | | 20.00 | 1129-000 | | | 517.20 |
| | {3} | | 90.91 | 1129-000 | | | 517.20 |
| | {5} | | 50.00 | 1129-000 | | | 517.20 |
| | {8} | | 356.29 | 1129-000 | | | 517.20 |
| 02/16/10 | | Paul Dearey | purchase of non-exempt assets | | 517.20 | | 1,034.40 |
| | {8} | | 26.62 | 1129-000 | | | 1,034.40 |
| | {12} | | 125.00 | 1129-000 | | | 1,034.40 |
| | {11} | | 365.58 | 1129-000 | | | 1,034.40 |
| 02/26/10 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.02 | | 1,034.42 |
| 03/16/10 | {18} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.02 | | 1,034.44 |
| 03/16/10 | | Wire out to BNYM account 9200******2965 | Wire out to BNYM account 9200******2965 | 9999-000 | -1,034.44 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | -1,034.44 | 0.00 | |
| **Subtotal** | | 1,034.44 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1,034.44** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-38324 | |
| **Case Name:** | DEAREY, PAUL EDWARD | |
| | | |
| **Taxpayer ID #:** | **-***6735 | |
| **Period Ending:** | 04/25/11 | |

| | |
|---|---|
| **Trustee:** | Patti J. Sullivan (430100) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******29-65 - Money Market Account |
| **Blanket Bond:** | $14,015,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/16/10 | {11} | Paul E. Dearey | purchase of non-exempt assets | 1129-000 | 517.20 | | 517.20 |
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2965 | Wire in from JPMorgan Chase Bank, N.A. account ********2965 | 9999-000 | 1,034.44 | | 1,551.64 |
| 03/31/10 | {18} | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.04 | | 1,551.68 |
| 04/14/10 | {16} | Paul Dearey | purchase of non-exempt assets | 1224-000 | 517.20 | | 2,068.88 |
| 04/30/10 | {18} | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.10 | | 2,068.98 |
| 05/11/10 | {16} | Paul Dearey | purchase of non-exempt assets | 1224-000 | 517.20 | | 2,586.18 |
| 05/28/10 | {18} | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.13 | | 2,586.31 |
| 06/15/10 | {16} | Paul Deary | purchase of non-exempt assets | 1224-000 | 517.20 | | 3,103.51 |
| 06/30/10 | {18} | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.17 | | 3,103.68 |
| 07/07/10 | | Paul Dearey | purchase of non-exempt assets | | 517.20 | | 3,620.88 |
| | {16} | | 248.40 | 1224-000 | | | 3,620.88 |
| | {17} | | 268.80 | 1224-000 | | | 3,620.88 |
| 07/30/10 | {18} | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.21 | | 3,621.09 |
| 08/10/10 | {17} | Paul E. Dearey | purchase of non-exempt assets | 1224-000 | 517.20 | | 4,138.29 |
| 08/31/10 | {18} | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.21 | | 4,138.50 |
| 09/09/10 | | Paul Dearey | purchase of non-exempt assets | | 517.20 | | 4,655.70 |
| | {17} | | 14.00 | 1224-000 | | | 4,655.70 |
| | {11} | | 503.20 | 1129-000 | | | 4,655.70 |
| 09/30/10 | {18} | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,655.73 |
| 10/12/10 | {11} | Paul Dearey | purchase of non-exempt assets | 1129-000 | 517.20 | | 5,172.93 |
| 10/21/10 | | State of Minnesota | 2009 state income tax refund | | 1,640.00 | | 6,812.93 |
| | {11} | | 145.85 | 1129-000 | | | 6,812.93 |
| | {14} | | 1,494.15 | 1224-000 | | | 6,812.93 |
| 10/29/10 | {18} | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,812.97 |
| 11/09/10 | {11} | Paul Dearey | purchase of non-exempt assets | 1129-000 | 517.20 | | 7,330.17 |
| 11/16/10 | {15} | State of Minnesota | 2009 property refund | 1224-000 | 334.00 | | 7,664.17 |
| 11/30/10 | {18} | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.05 | | 7,664.22 |
| 11/30/10 | | To Account #9200******2966 | transfer to checking | 9999-000 | | 7,664.22 | 0.00 |

| | | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | **7,664.22** | **7,664.22** | **$0.00** |
| | Less: Bank Transfers | 1,034.44 | 7,664.22 |
| | **Subtotal** | **6,629.78** | **0.00** |
| | Less: Payments to Debtors | | 0.00 |
| | **NET Receipts / Disbursements** | **$6,629.78** | **$0.00** |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 09-38324 | | | **Trustee:** | Patti J. Sullivan (430100) | |
| **Case Name:** | DEAREY, PAUL EDWARD | | | **Bank Name:** | The Bank of New York Mellon | |
| | | | | **Account:** | 9200-******29-66 - Checking Account | |
| **Taxpayer ID #:** | **-***6735 | | | **Blanket Bond:** | $14,015,000.00   (per case limit) | |
| **Period Ending:** | 04/25/11 | | | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/10 | | United States Treasury | 2009 federal refund | | 3,712.65 | | 3,712.65 |
| | {11} | | 371.27 | 1129-000 | | | 3,712.65 |
| | {13} | | 3,341.38 | 1224-000 | | | 3,712.65 |
| 11/30/10 | | From Account #9200******2965 | transfer to checking | 9999-000 | 7,664.22 | | 11,376.87 |
| 12/07/10 | 101 | Paul Edward Dearey | non estate funds | 8500-002 | | 51.55 | 11,325.32 |
| 03/01/11 | 102 | Plaza I, Inc. | Dividend paid   4.09% on $230,146.82; Claim# 1; Filed: $230,146.82; Reference: | 7100-000 | | 9,413.08 | 1,912.24 |
| 03/01/11 | 103 | Patti J. Sullivan | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,912.24 | 0.00 |
| | | | Dividend paid 100.00%         1,882.53 on $1,882.53;  Claim# ; Filed: $1,882.53 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%            29.71 on $29.71;  Claim# ; Filed: $29.71 | 2200-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 11,376.87 | 11,376.87 | $0.00 |
| | Less: Bank Transfers | 7,664.22 | 0.00 | |
| | Subtotal | 3,712.65 | 11,376.87 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $3,712.65 | $11,376.87 | |

| | |
|---|---|
| Net Receipts : | 11,376.87 |
| Less Other Noncompensable Items : | 51.55 |
| Net Estate : | $11,325.32 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****29-65** | 1,034.44 | 0.00 | 0.00 |
| **MMA # 9200-******29-65** | 6,629.78 | 0.00 | 0.00 |
| **Checking # 9200-******29-66** | 3,712.65 | 11,376.87 | 0.00 |
| | $11,376.87 | $11,376.87 | $0.00 |